# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Willie Mae Good, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 1:12-3380-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 33). Plaintiff seeks an award of $6,139.99, representing 18.75 hours of attorney time at $181.25 per hour and 30.25 hours of paralegal time at $90.63 per hour. (Dkt. No. 33-1 at 11). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 34).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff in the amount of $6,139.99.

Defendant has indicated a willingness to pay the EAJA fees directly to counsel with a proper assignment executed by Plaintiff so long as the EAJA award is not subject to offset. (Dkt. No. 34 at 2). In the event a duly executed assignment is not provided by Plaintiff and the amount

-1-

due is not applied to a debt due under the Treasury Offset Program, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

March 13, 2014
Charleston, South Carolina

-2-